1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. McCOY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



FILED

MAR 13 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | 2:13-MJ-0078 AC |
| v. | SEALING ORDER |
| GREGORY THOMAS PHELAN, | (UNDER SEAL) |
| Defendant. | |



SEALED

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Criminal Complaint, the Petition of Assistant U.S. Attorney Michael D. McCoy to Seal Criminal Complaint, Arrest Warrant, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 3/13/13

_____
ALLISON CLAIRE
United States Magistrate Judge

1