FILED
March 21, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)    CASE NUMBER: 2:13-mj-00078-AC
           Plaintiff,            )
v.                               )    ORDER FOR RELEASE
)    OF PERSON IN CUSTODY
GREGORY THOMAS PHELAN,           )
)
           Defendant.            )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Gregory Thomas Phelan</u>; Case <u>2:13-mj-00078-AC</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of _____

_X_ Unsecured Appearance Bond in the amount of $100,000, co-signed by sister.

___ Appearance Bond with 10% Deposit

___ Appearance Bond secured by Real Property

___ Corporate Surety Bail Bond

_X_ (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on 3/21/2013 at 3:10 p.m.

By _____
Carolyn K. Delaney
United States Magistrate Judge