HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY THOMAS PHELAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-MJ-0078 AC |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. ) | |
| ) | |
| GREGORY THOMAS PHELAN, ) | |
| ) | Date: June 11, 2013 |
| Defendant. ) | Time: 2:00 p.m. |
| _____ ) | Judge: Hon. Dale A. Drozd |

It is hereby stipulated and agreed between defendant, Gregory Phelan, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for June 11, 2013, may be continued to July 11, 2013, at 2:00 p.m.

Mr. Phelan was charged in a criminal complaint filed March 13, 2013. After a hearing on March 21, 2013, the Court ordered him released pending trial and, at the parties' request, continued the preliminary hearing. Since then, the parties have agreed to further continuances of the preliminary hearing because of the likelihood they will agree to resolve the pending charges without

1

1  need of a formal indictment.  The parties' discussions are ongoing
2  and they seek additional time to complete them.  Accordingly, the
3  parties ask the Court to continue the preliminary hearing to July
4  11, 2013, at 2:00 p.m., pursuant to Federal Rule of Criminal
5  Procedure 5.1.  The parties agree that the progress they have made
6  towards pre-indictment resolution constitutes good cause for the
7  continuance.

8      In light of the parties' ongoing discussions, the parties also
9  ask the Court to find that the interests of justice to be served by
10 this continuance outweigh the best interests of the public and Mr.
11 Phelan in a speedy trial and to exclude under the Speedy Trial Act
12 the period of delay from May 14 through July 11, 2013, *see* 18
13 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties
14 reasonable time to prepare.

                                    Respectfully Submitted,

                                    HEATHER WILLIAMS
                                    Federal Defender

Dated:  June 7, 2013                /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for GREGORY T. PHELAN


                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  June 7, 2013                /s/ T. Zindel for M. McCoy
                                    MICHAEL McCOY
                                    Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to July 11, 2013, at 2:00 p.m., before Magistrate Judge Edmund F. Brennan the Court finding good cause.  The Court also finds that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Phelan in a speedy trial and therefore excludes from calculation under the Speedy Trial Act the period of delay from the date of this order through July 11, 2013, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: June 7, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
phelan0078.stipord.cont prelim.wpd