```
1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700
```

Attorney for Defendant
GREGORY THOMAS PHELAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:13-MJ-0078 AC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME** |
| v. | ) | |
| GREGORY THOMAS PHELAN, | ) | |
| Defendant. | ) | Date: September 18, 2013<br>Time: 2:00 p.m.<br>Judge: Hon. Kendall J. Newman |

It is hereby stipulated and agreed between defendant, Gregory Phelan, and plaintiff, United States of America, by and through their attorneys, that the preliminary hearing set for September 18, 2013, may be continued to October 23, 2013, at 2:00 p.m.

Mr. Phelan was charged in a criminal complaint filed March 13, 2013. After a hearing on March 21, 2013, the Court ordered him released pending trial and, at the parties' request, continued the preliminary hearing. The parties thereafter agreed to further continuances of the preliminary hearing to consider resolving the pending charges without a formal indictment. The parties reached

1

an agreement in August but have yet to finish all the paperwork needed to schedule the plea before the District Judge. Accordingly, the parties ask the Court to continue the preliminary hearing to October 23, 2013, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1. The parties agree that their agreement to resolve the case without indictment constitutes good cause for the continuance.

In light of the above, the parties also ask the Court to find that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Phelan in a speedy trial and to exclude under the Speedy Trial Act the period of delay from the date of this order through October 23, 2013, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties reasonable time to prepare.

                          Respectfully Submitted,

                          HEATHER WILLIAMS
                          Federal Defender

Dated: September 16, 2013   /s/ T. Zindel
                          TIMOTHY ZINDEL
                          Assistant Federal Defender
                          Attorney for GREGORY T. PHELAN

                          BENJAMIN B. WAGNER
                          United States Attorney

Dated: September 16, 2013   /s/ T. Zindel for M. McCoy
                          MICHAEL McCOY
                          Assistant U.S. Attorney

**O R D E R**

The preliminary hearing is continued to October 23, 2013, at 2:00 p.m., the Court finding good cause. The Court also finds that the interests of justice to be served by this continuance outweigh the best interests of the public and Mr. Phelan in a speedy trial and therefore excludes from calculation under the Speedy Trial Act the period of delay from the date of this order through October 23, 2013, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September 16, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE