HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
GREGORY PHELAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:13-CR-0350 KJM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING ARRAIGNMENT** |
| GREGORY PHELAN, | |
| Defendant. | Date:  November 21, 2013<br>Time:   2:00 p.m.<br>Judge: Hon. Kendall J. Newman |

It is hereby stipulated and agreed between defendant, Gregory Phelan, and plaintiff, United States of America, that the arraignment scheduled for November 21, 2013, may be rescheduled for January 15, 2014, at 2:00 p.m.

The parties have reached an agreement to resolve the case and expect to appear before the District Judge for arraignment and plea in a single proceeding.  The parties are reevaluating the terms of their as-yet-unwritten agreement in light of recent policy changes at the Department of Justice and have agreed to delay arraignment and plea to allow for that evaluation.

/ / / / /

The parties anticipate appearing before Judge Mueller for arraignment and entry of plea prior to the rescheduled arraignment date. An information having been filed, there appears to be no need at this time for a further order excluding time.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 19, 2013          /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for GREGORY PHELAN


BENJAMIN WAGNER
United States Attorney

Dated: November 19, 2013          /s/ T. Zindel for M. McCoy
                                  MICHAEL D. McCOY
                                  Assistant U.S. Attorney

**O R D E R**

The arraignment is rescheduled for January 15, 2014, at 2:00 p.m.

IT IS SO ORDERED.

Dated: November 20, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE