HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
GREGORY PHELAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:13-CR-0350 KJM |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| vs. | ) **CONTINUING ARRAIGNMENT** |
| | ) |
| GREGORY PHELAN, | ) |
| | ) Date:  January 15, 2014 |
| Defendant. | ) Time:  2:00 p.m. |
| | ) Judge:  Hon. Kendall J. Newman |
| | ) |

It is hereby stipulated and agreed between defendant, Gregory Phelan, and plaintiff, United States of America, that the arraignment scheduled for January 15, 2014, may be rescheduled for February 5, 2014, at 2:00 p.m.

The parties will ask to appear before the District Judge for arraignment and plea in a single proceeding on the morning of February 5, 2014, which will obviate the need for an appearance before the duty magistrate.  The parties agree that the arraignment scheduled for January 15, 2014, may be continued for that reason.  Assuming the parties appear before the District Judge on the morning of February 5, defense counsel will advise the Court so that the afternoon hearing may be vacated.

-1-

1    Because an information has been filed, there appears to be no need at this time for an

2   order excluding time.

3                                           Respectfully Submitted,

4                                           HEATHER E. WILLIAMS
                                            Federal Defender
5

6   Dated:  January 13, 2014               /s/ T. Zindel_____
                                            TIMOTHY ZINDEL
7                                           Assistant Federal Defender
                                            Attorney for GREGORY PHELAN
8

9                                           BENJAMIN WAGNER
                                            United States Attorney
10

11   Dated:  January 13, 2014               /s/  T. Zindel for M. McCoy_____
                                            MICHAEL D. McCOY
12                                          Assistant U.S. Attorney

13

14                                  **O R D E R**

15       The arraignment is rescheduled for February 5, 2014, at 2:00 p.m.

16       IT IS SO ORDERED.

17   Dated:  January 14, 2014

18                                           EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28