1  HEATHER E. WILLIAMS, #122664
Federal Defender
2  TIMOTHY ZINDEL, #158377
Assistant Federal Defender
3  801 I Street, 3rd Floor
Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
5  916-498-5700/Fax 916-498-5710

6  Attorney for Defendant
GREGORY PHELAN
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| 13 | UNITED STATES OF AMERICA, | ) | Case No.  2:13-CR-0350 KJM |
|---|---|---|---|
| 14 | Plaintiff, | ) ) | |
| 15 | vs. | ) ) | **STIPULATION AND ORDER CONTINUING ARRAIGNMENT** |
| 16 | GREGORY PHELAN, | ) ) ) | |
| 17 | Defendant. | ) ) | Date:  February 5, 2014 Time:   2:00 p.m. |
| 18 | | ) | Judge:  Hon. Kendall J. Newman |

19

20        It is hereby stipulated and agreed between defendant, Gregory Phelan, and plaintiff,

21   United States of America, that the arraignment scheduled for February 5, 2014, may be

22   rescheduled for March 13, 2014, at 2:00 p.m.

23        The parties will appear before the District Judge for arraignment and plea in a single

24   proceeding and thus obviate the need for an appearance before the duty magistrate; however,

25   they await completion of paperwork necessary to their resolution of the case before the District

26   Judge.  The parties agree that the arraignment scheduled for February 5, 2014, may be continued

27   for that reason.  Once the parties have appeared before the District Judge, they will vacate the

28   arraignment.

-1-

1    Because an information has been filed, there appears to be no further need for an order

2  excluding time.

3                                              Respectfully Submitted,

4                                              HEATHER E. WILLIAMS
                                               Federal Defender
5

6  Dated:  February 4, 2014                    /s/ T. Zindel_____
                                               TIMOTHY ZINDEL
7                                              Assistant Federal Defender
                                               Attorney for GREGORY PHELAN
8

9                                              BENJAMIN WAGNER
                                               United States Attorney
10

11  Dated:  February 4, 2014                   /s/  T. Zindel for M. McCoy_____
                                               MICHAEL D. McCOY
12                                             Assistant U.S. Attorney

13

14                              **O R D E R**

15    The arraignment is rescheduled for March 13, 2014, at 2:00 p.m.

16    IT IS SO ORDERED.

17  Dated:  February 5, 2014

18                              _____
                                KENDALL J. NEWMAN
19                              UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

-2-