HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
GREGORY PHELAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:13-CR-0350 KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING ARRAIGNMENT** |
| GREGORY PHELAN, | ) |
|  | ) Date:  March 13, 2014 |
| Defendant. | ) Time:   2:00 p.m. |
|  | ) Judge:  Hon. Dale A. Drozd |

It is hereby stipulated and agreed between defendant, Gregory Phelan, and plaintiff, United States of America, that the arraignment scheduled for March 13, 2014, may be vacated.

The parties have agreed to appear before the District Judge for arraignment and plea either on March 26 or April 2 and thus obviate the need for an appearance before the duty magistrate (the final date will be scheduled this week).  The parties expect Mr. Phelan to plead guilty to an information at that time.  The parties thus agree that the arraignment scheduled for March 13, 2014, may be vacated.

/ / / / /

/ / / / /

Because an information has been filed, there appears to be no further need for an order excluding time.

                                    Respectfully Submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:  March 12, 2014             /s/ T. Zindel_____
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for GREGORY PHELAN


                                    BENJAMIN WAGNER
                                    United States Attorney

Dated:  March 12, 2014             /s/  T. Zindel for M. McCoy_____
                                    MICHAEL D. McCOY
                                    Assistant U.S. Attorney


**O R D E R**

The arraignment scheduled for March 13, 2014, at 2:00 p.m., is vacated pending scheduling of the matter before the District Judge.

     IT IS SO ORDERED.

Dated:  March 12, 2014

                                    _____
                                    DALE A. DROZD
Dad1.crim                          UNITED STATES MAGISTRATE JUDGE
Phelan0350.stipord