```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
GREGORY PHELAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0350 KJM |
| Plaintiff, | |
| vs. | **ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| GREGORY PHELAN, | |
| Defendant. | Judge: Hon. Kimberly J. Mueller |

The Court has reviewed Mr. Phelan's motion filed April 22, 2016, requesting early termination of supervised release. The government on May 5 filed a statement of non-opposition in which it notes that the probation officer has also determined that Mr. Phelan is an appropriate candidate for early termination.

For the reasons stated in the motion, and in light of the non-opposition, the Court GRANTS the motion. Supervised release is hereby terminated pursuant to 18 U.S.C. § 3583(e)(1).

Hearing on the motion set for May 11, 2016, is vacated.

IT IS SO ORDERED.

Dated: May 9, 2016

_____
UNITED STATES DISTRICT JUDGE